UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. GARZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BG RETAIL LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01051-JLT-CDB<br><br>**ORDER TO KEVIN M. BADKOUBEHI TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PRACTICE IN THIS COURT WITHOUT FIRST SEEKING ADMISSION**<br><br>**THREE-DAY DEADLINE** |

　　　On August 22, 2022, the Clerk of Court directed attorney for Plaintiff, Kevin M. Badkoubehi, to register for admission to this Court. (ECF No. 6.)  To date, Mr. Badkoubehi has failed to comply with this direction.

　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

　　　Based on the foregoing, IT IS HEREBY ORDERED that **within three (3) days** of entry of this order, Mr. Badkoubehi shall show cause in writing why he should not be sanctioned for

failing to timely register for admissions to this Court.  Mr. Badjoubehi may comply with this order by filing either (1) a status report outlining why he has failed to register for admissions, or (2) appropriate papers to register for admissions. Plaintiff is advised that failure to respond to this Order to Show Cause may result in dismissal of this action.

IT IS SO ORDERED.

    Dated:   **November 7, 2022**             _____

                                                                                UNITED STATES MAGISTRATE JUDGE